IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-01945-AP

NANCY A. DEEGAN,

        Plaintiff,

  v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1. APPEARANCES OF COUNSEL AND PRO SE PARTIES**

For Plaintiff:
Alan M. Agee, Esq.
512 S. 8th Street
Colorado Springs, CO 80905
(719) 473-1515
ageealanmpc@qwestoffice.net

For Defendant:
JOHN F. WALSH
United States Attorney
District of Colorado

J. BENEDICT GARCÍA
Assistant United States Attorney
J.B.Garcia@usdoj.gov

DAVID BLOWER
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
1001 Seventeenth Street
Denver, CO 80202
(303) 844-1571
david.blower@ssa.gov

2. **STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

3. **DATES OF FILING OF RELEVANT PLEADINGS**

    A.    **Date Complaint Was Filed:** July 26, 2012

    B.    **Date Complaint Was Served on U.S. Attorney's Office:** August 6, 2012

    C.    **Date Answer and Administrative Record Were Filed:** October 3, 2012

4. **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

5. **STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

6. **STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe this case raises unusual claims or defenses.

7. **OTHER MATTERS**

    There are no other matters anticipated.

**8.    BRIEFING SCHEDULE**

Counsel for both parties agree to the following proposed briefing schedule:

A.    **Plaintiffs Opening Brief Due:** December 3, 2012

B.    **Defendant's Response Brief Due:** January 2, 2013

C.    **Plaintiffs Reply Brief (If Any) Due:** January 17, 2013

**9.    STATEMENTS REGARDING ORAL ARGUMENT**

A.    **Plaintiffs Statement:**  Plaintiff requests oral argument.

B.    **Defendant's Statement:**  Defendant does not request oral argument

**10.    CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.    OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.    AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 22nd day of October, 2012.

               BY THE COURT:

               *s/John L. Kane*
               U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/ Alan M. Agee<br>Alan M. Agee, Esq.<br>512 S. 8th Street<br>Colorado Springs, CO 80905<br>(719) 473-1515<br>Ageealanmpc@questoffice.net<br>Attorney for Plaintiff | JOHN F. WALSH<br>United States Attorney<br>District of Colorado<br><br>J. BENEDICT GARCÍA<br>Assistant United States Attorney<br>J.B.Garcia@usdoj.gov<br><br>By:  s/David Blower<br>David Blower<br>Special Assistant United States Attorney<br>1001 Seventeenth Street<br>Denver, Colorado  80202<br>Telephone (303) 844-1571<br>david.blower@ssa.gov<br>Attorneys for Defendant. |