**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  12-cv-01945-REB

NANCY A. DEEGAN,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

---

**FINAL JUDGMENT**

---

    This **Final Judgment** is entered pursuant to Fed. R. Civ. P. 58(a) and in accordance with the **Order Affirming Commissioner** [#19] entered by Judge Robert E. Blackburn on April 30, 2013, which order is incorporated herein by this reference.

    **THEREFORE, IT IS ORDERED** that the conclusion of the Commissioner through the Administrative Law Judge that plaintiff was not disabled is **AFFIRMED**.  Accordingly,

    **JUDGMENT** is entered in favor of Defendant Commissioner and against Plaintiff Nancy A. Deegan.

    DATED at Denver, Colorado, this 30th day of April, 2013.

                                FOR THE COURT:

                                  JEFFREY P. COLWELL, CLERK

                                  By: s/Edward P. Butler
                                      Edward P. Butler
                                      Deputy Clerk